IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 10-711-01 |
| | : |
| JULIUS GREER | : |

## ORDER

**AND NOW**, this 16th day of March, 2017, upon consideration of Defendant's "Motion to Vacate Conviction and Dismiss Count Three" (Docket No. 225) and the Government's response thereto, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.